**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **No. 2:225-cr-20349-SHL** |
| | ) | |
| **ANTERRIO STOKES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO STAY

**COMES NOW**, the Defendant, **Anterrio Stokes**, by and through undersigned counsel, and respectfully moves this Honorable Court to stay all proceedings in the above-captioned matter pending the decision of the Supreme Court of the United States in *United States v. Hemani*, No. 24-1234.

The Supreme Court has granted certiorari in *Hemani* to resolve whether 18 U.S.C. § 922(g)(3)—which prohibits the possession of a firearm by a person who "is an unlawful user of or addicted to any controlled substance"—comports with the Second Amendment to the United States Constitution. Oral argument is scheduled for February 2026, and a decision is anticipated during the Court's August 2026 term.

The Supreme Court's ruling in *Hemani* is likely to be dispositive, or at minimum substantially controlling, in the present case. Mr. Stokes is charged with a violation of 18 U.S.C. § 922(g)(3). Should the Supreme Court conclude that § 922(g)(3) is unconstitutional, such a determination

could materially affect, or entirely resolve, the pending indictment. A stay would therefore promote judicial economy, avoid potentially unnecessary litigation, and ensure that this Court's proceedings conform to controlling constitutional authority.

Recognizing that *Hemani* has not yet been decided, Defendant knowingly and voluntarily waives the time limitations set forth in 18 U.S.C. §§ 3161–3174, the Speedy Trial Act, for the period of the requested stay. Undersigned counsel has conferred with counsel for the United States, who does not oppose this motion, as confirmed on the record during court proceedings held February 13, 2026.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Court enter an Order staying all proceedings in this matter pending the Supreme Court's final decision in *United States v. Hemani*.

Respectfully submitted this 13th day of February, 2026.

By:   s/ Brandon C. Hall
      Brandon C. Hall
      200 Jefferson Ave., Suite 700
      Memphis, TN  38103
      (901) 522-1365
      TN # 033943

## CERTIFICATE OF SERVICE

I, Brandon C. Hall, Attorney for the defendant, ANTERRIO STOKES, hereby certify that a copy of the foregoing Motion will be delivered to Assistant United States Attorney, via the ECF system.

This 13th day of February 2026.

/s/ Brandon C. Hall
Brandon C. Hall
200 Jefferson Ave., Suite 700
Memphis, TN  38103
(901) 522-1365
TN # 033943